AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─ DEFENDANT - U.S ─

CARLOS OLIVARES HERNANDEZ

DISTRICT COURT NUMBER

CR15-00547 JD

**FILED**

NOV 19 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─────────── PROCEEDING ───────────

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
}   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}   MAGISTRATE CASE NO.
4-15-71344 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

─────────── DEFENDANT ───────────

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
}   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?   ☐ No   }

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:     Mandatory minimum 10 year term of imprisonment and maximum of life;
                       $10 million fine;
                       Mandatory 5 years of supervised release and maximum of life; and
                       $100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:     Life imprisonment with mandatory 5 year consecutive mandatory minimum
                       term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25
                       years if second 924(c) conviction
                       5 years supervised release;
                       $250,000 fine; and
                       $100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:     20 years imprisonment;
                       Fine of $500,000 or twice value of property involved in transaction, whichever is
                       greater;
                       3 years supervised release; and
                       $100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

—— DEFENDANT - U.S ——

MANUEL GONZALEZ CHAVEZ aka Manuel Rodriguez Cobian  ▸                                          ➕

DISTRICT COURT NUMBER

CR15-00547   JD

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-15-71344 MAG

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KATIE MEDEARIS, AUSA

—— DEFENDANT ——

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges  ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
NOV 19 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST  ▸   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▸   Month/Day/Year

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                              Before Judge:

Comments:

PENALTY SHEET

COUNT ONE
(All Defendants)

Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to
Distribute and to Distribute Controlled Substances

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

COUNTS TWO, THREE, FOUR, and FIVE
(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ;
and COUNT 5- MENDOZA RODRIGUEZ)

Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum
term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25
years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

COUNTS SIX THROUGH SIXTY-ONE
(Defendant – MENDOZA RODRIGUEZ)

Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is
greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

— OFFENSE CHARGED —

See attachment.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION     NOV 1 9 2015

FILED

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

— DEFENDANT - U.S —

▶ DANIEL JIMENEZ

DISTRICT COURT NUMBER

CR15-00547   JD

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
4-15-71344 MAG

Name and Office of Person
Furnishing Information on this form     BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     KATIE MEDEARIS, AUSA

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
} If "Yes"
give date
filed

DATE OF
ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶
TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

# PENALTY SHEET

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---DEFENDANT - U.S---

▶ MANUEL LARA ANDRADE

DISTRICT COURT NUMBER

CR15-00547

*FILED NOV 19 2015 CLERK, SUSAN Y. SOONG U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-15-71344 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date
been filed?   ☐ No   } filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

**PENALTY SHEET**

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION   NOV 19 2015

*FILED*

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND CALIFORNIA

### OFFENSE CHARGED

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attachment.

### DEFENDANT - U.S

▶ GABRIEL ESTRADA

DISTRICT COURT NUMBER

CR15-00547   JD

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

MAGISTRATE
CASE NO.

4-15-71338 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution
_____

Has detainer
been filed?
☐ Yes
☐ No

} If "Yes"
give date
filed

DATE OF
ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶

Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

## COUNT ONE
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

## COUNTS TWO, THREE, FOUR, and FIVE
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

## COUNTS SIX THROUGH SIXTY-ONE
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

NOV 19 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ VANESSA VALDEZ

DISTRICT COURT NUMBER

CR15-00547 JD

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

4-15-71344 MAG

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KATIE MEDEARIS, AUSA

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes    If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─ DEFENDANT - U.S ─

▶ RUBEN FRANCO LOPEZ

DISTRICT COURT NUMBER

CR15-00547

FILED
NOV 19 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND, CALIFORNIA

─── DEFENDANT ───

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

4-15-71379 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF
ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET**

<u>COUNT ONE</u>
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

<u>COUNTS TWO, THREE, FOUR, and FIVE</u>
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

<u>COUNTS SIX THROUGH SIXTY-ONE</u>
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

─── DEFENDANT - U.S ───

► CARLOS MARTINEZ JR.

NOV 19 2015

SUSAN Y SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR15-00547  JD

─── DEFENDANT ───

### IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.
}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

4-15-71377 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

Has detainer ☐ Yes
been filed?   ☐ No

If "Yes"
give date
filed
}

DATE OF ►
ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**PENALTY SHEET**

<u>COUNT ONE</u>
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
                              $10 million fine;
                              Mandatory 5 years of supervised release and maximum of life; and
                              $100 Special Assessment

<u>COUNTS TWO, THREE, FOUR, and FIVE</u>
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
                              5 years supervised release;
                              $250,000 fine; and
                              $100 special assessment

<u>COUNTS SIX THROUGH SIXTY-ONE</u>
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
                              Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
                              3 years supervised release; and
                              $100 Special Assessment

AO (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

OAKLAND DIVISION

─── **OFFENSE CHARGED** ───

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment.

─ **DEFENDANT - U.S** ─

▶ MICHAEL ANTHONY SHERMAN SR.

DISTRICT COURT NUMBER

CR15-00547 JD

*(FILED NOV 19 2015 SUSAN Y SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND CALIFORNIA)*

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4-15-71377 MAG

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KATIE MEDEARIS, AUSA

─────────── **DEFENDANT** ───────────

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─────── **ADDITIONAL INFORMATION OR COMMENTS** ───────

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

## COUNT ONE
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

## COUNTS TWO, THREE, FOUR, and FIVE
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

## COUNTS SIX THROUGH SIXTY-ONE
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION   NOV 19 2015

─── DEFENDANT - U.S ───

ISMAEL MENDOZA RODRIGUEZ

DISTRICT COURT NUMBER

CR15-00547

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } MAGISTRATE CASE NO.   4-15-71471 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:     Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:     Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:     20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---OFFENSE CHARGED---

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION   NOV 19 2015

FILED

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

► ELIAS DOMINGUEZ

DISTRICT COURT NUMBER

CR15-00547   JD

---DEFENDANT---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

4-15-71471 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ► Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET

## COUNT ONE
(All Defendants)

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:   Mandatory minimum 10 year term of imprisonment and maximum of life; $10 million fine;
Mandatory 5 years of supervised release and maximum of life; and $100 Special Assessment

## COUNTS TWO, THREE, FOUR, and FIVE
(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:   Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

## COUNTS SIX THROUGH SIXTY-ONE
(Defendant – MENDOZA RODRIGUEZ)

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:   20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

― OFFENSE CHARGED ―

See attachment.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED
NOV 19 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

― DEFENDANT - U.S ―

▶ JESUS GUADELUPE ROJAS

DISTRICT COURT NUMBER

CR15-00547 JD

― DEFENDANT ―

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

― PROCEEDING ―

Name of Complainant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } 4-15-71471 MAG

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   KATIE MEDEARIS, AUSA

Has detainer ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

― ADDITIONAL INFORMATION OR COMMENTS ―

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET

COUNT ONE
(All Defendants)

Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances

Maximum Penalties:     Mandatory minimum 10 year term of imprisonment and maximum of life;
$10 million fine;
Mandatory 5 years of supervised release and maximum of life; and
$100 Special Assessment

COUNTS TWO, THREE, FOUR, and FIVE
(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)

Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime

Maximum Penalties:     Life imprisonment with mandatory 5 year consecutive mandatory minimum term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25 years if second 924(c) conviction
5 years supervised release;
$250,000 fine; and
$100 special assessment

COUNTS SIX THROUGH SIXTY-ONE
(Defendant – MENDOZA RODRIGUEZ)

Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments

Maximum Penalties:     20 years imprisonment;
Fine of $500,000 or twice value of property involved in transaction, whichever is greater;
3 years supervised release; and
$100 Special Assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

See attachment.

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:   See attachment.

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

NOV 19 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND, CALIFORNIA

─── DEFENDANT - U.S ───

► JOSE ARMANDO MENDOZA LINARES

DISTRICT COURT NUMBER

CR15-00547

**DEFENDANT**

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

4-15-71471 MAG

Name and Office of Person
Furnishing Information on this form       BRIAN J. STRETCH

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)       KATIE MEDEARIS, AUSA

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges  ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes"
been filed?  ☐ No   } give date
filed

DATE OF       Month/Day/Year
ARREST  ►

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY  ►

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET**

**COUNT ONE**
**(All Defendants)**

**Violation - 21 U.S.C. §§ 846 and 841(a)(1),(b)(1)(A) – Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances**

Maximum Penalties:    Mandatory minimum 10 year term of imprisonment and maximum of life;
                      $10 million fine;
                      Mandatory 5 years of supervised release and maximum of life; and
                      $100 Special Assessment

**COUNTS TWO, THREE, FOUR, and FIVE**
**(Defendants: COUNT 2 – JIMENEZ; COUNT 3- ANDRADE; COUNT 4- GONZALEZ CHAVEZ; and COUNT 5- MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of a Drug Trafficking Crime**

Maximum Penalties:    Life imprisonment with mandatory 5 year consecutive mandatory minimum
                      term, 7 years if firearm is brandished, or 10 years if firearm is discharged, and 25
                      years if second 924(c) conviction
                      5 years supervised release;
                      $250,000 fine; and
                      $100 special assessment

**COUNTS SIX THROUGH SIXTY-ONE**
**(Defendant – MENDOZA RODRIGUEZ)**

**Violation - 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments**

Maximum Penalties:    20 years imprisonment;
                      Fine of $500,000 or twice value of property involved in transaction, whichever is
                      greater;
                      3 years supervised release; and
                      $100 Special Assessment

# UNITED STATES DISTRICT COURT

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR15-00547

CARLOS OLIVARES HERNANDEZ,
a.k.a. Carlos Olivares Contreras,
a.k.a. "Carlitos,"
a.k.a. "Green Eyes,"
MANUEL GONZALEZ CHAVEZ,
a.k.a. Manuel Rodriguez Cobian,
a.k.a. Manuel Cobian,
a.k.a. Roberto Gonzalez Cobian,
a.k.a. Manuel Cobian Gonzalez,
a.k.a. Roberto Cobian Gonzalez,
a.k.a. Juan Alberto Nieto,
a.k.a. Roberto Cobian Gonzalez,
DANIEL JIMENEZ,
a.k.a. "Guero,"
MANUEL LARA ANDRADE,
a.k.a. Juan Cuevas-Chavez,
a.k.a. Juan Gamino-Buenrostro,
a.k.a. "Tomas,"
a.k.a. "Viejo,"
a.k.a. "Viejito,"
a.k.a. "Grandpa,"
GABRIEL ESTRADA,
a.k.a. Gabriel Debora Estrada,
a.k.a. "Gordo,"
VANESSA VALDEZ,
RUBEN FRANCO LOPEZ,
a.k.a. "El Macano,"
a.k.a. Jose Lopez,
a.k.a. Ruben France Lopez,
CARLOS MARTINEZ JR.,
a.k.a. "the Nephew,"
MICHAEL ANTHONY SHERMAN SR.,
a.k.a. Carlton Mcwoodsom,

a.k.a. Carlton Mcwoodson,
ISMAEL MENDOZA RODRIGUEZ,
a.k.a. "Michael,"
a.k.a. Jesus Sebastian Rivas,
ELIAS DOMINGUEZ,
a.k.a. "Balazo,"
JESUS GUADELUPE ROJAS,
a.k.a. "Lupe,"
a.k.a. Jesus Guadalupe Rojas   Valenzuela,
a.k.a. Monique Vana Camargo, AND
JOSE ARMANDO MENDOZA LINARES,
a.k.a. "Gordo,"

DEFENDANT(S).

## INDICTMENT

21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) – Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances; 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking Crime; 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments;  and 21 U.S.C. § 853 – Criminal Forfeiture

A true bill.

_____
Foreman

_____

Filed in open court this _19th_ day of November 2015 .

_____
Clerk

_____
Bail, $ no process
11/19/15

1
2 BRIAN J. STRETCH (CABN 163973)
  Acting United States Attorney
3
4 
  FILED
5 NOV 19 2015
6 SUSAN Y. SOONG
  CLERK, U.S. DISTRICT COURT
  NORTHERN DISTRICT OF COURT
  OAKLAND CALIFORNIA
7
8 UNITED STATES DISTRICT COURT
9 NORTHERN DISTRICT OF CALIFORNIA
10 OAKLAND DIVISION
11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-00547 JD |
| Plaintiff, | |
| v. | VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A) – Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances; 18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking Crime; 18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary Instruments; and 18 U.S.C. § 924(d), 18 U.S.C. § 981(a)(1), 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and 26 U.S.C. 2461(c) – Criminal Forfeiture |
| CARLOS OLIVARES HERNANDEZ, a.k.a. Carlos Olivares Contreras, a.k.a. "Carlitos," a.k.a. "Green Eyes," MANUEL GONZALEZ CHAVEZ, a.k.a. Manuel Rodriguez Cobian, a.k.a. Manuel Cobian, a.k.a. Roberto Gonzalez Cobian, a.k.a. Manuel Cobian Gonzalez, a.k.a. Roberto Cobian Gonzalez, a.k.a. Juan Alberto Nieto, a.k.a. Roberto Cobian Gonzalez, DANIEL JIMENEZ, a.k.a. "Guero," MANUEL LARA ANDRADE, a.k.a. Juan Cuevas-Chavez, a.k.a. Juan Gamino-Buenrostro, a.k.a. "Tomas," a.k.a. "Viejo," a.k.a. "Viejito," a.k.a. "Grandpa," GABRIEL ESTRADA, a.k.a. Gabriel Debora Estrada, a.k.a. "Gordo," VANESSA VALDEZ, RUBEN FRANCO LOPEZ, a.k.a. "El Macano," a.k.a. Jose Lopez, | OAKLAND VENUE |

INDICTMENT

1

```
 1        a.k.a. Ruben France Lopez,            )
    CARLOS MARTINEZ JR.,                        )
 2        a.k.a. "the Nephew,"                   )
    MICHAEL ANTHONY SHERMAN SR.,                )
 3        a.k.a. Carlton Mcwoodsom,              )
          a.k.a. Carlton Mcwoodson,             )
 4    ISMAEL MENDOZA RODRIGUEZ,                  )
          a.k.a. "Michael,"                      )
 5        a.k.a. Jesus Sebastian Rivas,          )
    ELIAS DOMINGUEZ,                            )
 6        a.k.a. "Balazo,"                       )
    JESUS GUADALUPE ROJAS,                      )
 7        a.k.a. "Lupe,"                         )
          a.k.a. Jesus Guadalupe Rojas          )
 8        Valenzuela,                            )
          a.k.a. Monique Vana Camargo, AND      )
 9    JOSE ARMANDO MENDOZA LINARES,              )
          a.k.a. "Gordo,"                        )
10                                               )
          Defendants.                            )
11                                               )
                                                 )
12    _____    )
```

13                              I N D I C T M E N T

14    The Grand Jury charges:

15    COUNT ONE:          (21 U.S.C. § 846 – Conspiracy to Distribute and Distribution of Controlled

16                        Substances)

17        1.    Beginning on a date unknown to the Grand Jury, but no later than December 10, 2013,

18    and continuing through October 25, 2015, in the Northern District of California and elsewhere, the

19    defendants,

20                          CARLOS OLIVARES HERNANDEZ,
                           a.k.a. Carlos Olivares Contreras,
21                               a.k.a. "Carlitos,"
                                 a.k.a. "Green Eyes,"
22                         MANUEL GONZALEZ CHAVEZ,
                            a.k.a. Manuel Rodriguez Cobian,
23                              a.k.a. Manuel  Cobian,
                             a.k.a. Roberto Gonzalez Cobian,
24                           a.k.a. Manuel Cobian Gonzalez,
                            a.k.a. Roberto Cobian Gonzalez,
25                             a.k.a. Juan Alberto  Nieto,
                            a.k.a. Roberto Cobian Gonzalez,
26                                DANIEL JIMENEZ,
                                  a.k.a. "Guero,"
27                          MANUEL LARA ANDRADE,
                             a.k.a. Juan Cuevas-Chavez,
28                          a.k.a. Juan Gamino-Buenrostro,

INDICTMENT
                                        2

1        a.k.a. "Tomas,"
         a.k.a. "Viejo,"
2        a.k.a. "Viejito,"
         a.k.a. "Grandpa,"
3        GABRIEL ESTRADA,
     a.k.a. Gabriel Debora Estrada,
4        a.k.a. "Gordo,"
         VANESSA VALDEZ,
5        RUBEN FRANCO LOPEZ,
         a.k.a. "El Macano,"
6        a.k.a. Jose Lopez,
         a.k.a. Ruben France Lopez,
7        CARLOS MARTINEZ JR.,
         a.k.a. "the Nephew,"
8        MICHAEL ANTHONY SHERMAN SR.,
         a.k.a. Carlton Mcwoodsom,
9        a.k.a. Carlton Mcwoodson,
         ISMAEL MENDOZA RODRIGUEZ,
10        a.k.a. "Michael,"
         a.k.a. Jesus Sebastian Rivas,
11        ELIAS DOMINGUEZ,
         a.k.a. "Balazo,"
12        JESUS GUADELUPE ROJAS,
         a.k.a. "Lupe,"
13    a.k.a. Jesus Guadalupe Rojas    Valenzuela,
         a.k.a. Monique Vana Camargo, AND
14        JOSE ARMANDO MENDOZA LINARES,
         a.k.a. "Gordo,"

15

16   and others, known and unknown, did knowingly and intentionally conspire to possess with intent to

17   distribute and distribute Schedule I and II controlled substances, to wit: 1 kilogram and more of a

18   mixture or substance containing a detectable amount of heroin; 5 kilograms and more of a mixture and

19   substance containing a detectable amount of cocaine, its salts, optical and geometric isomers; and the

20   salts of its isomers, and 50 grams and more of methamphetamine, its salts, isomers, and salts of its

21   isomers.

22        All in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(A)(i),

23   (b)(1)(A)(ii)(II), and (b)(1)(A)(viii).

24

25   COUNT TWO:        (18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking
                          Crime)
26

27        2.        On or about October 13, 2015, in the Northern District of California and elsewhere, the

28

INDICTMENT

3

1 | defendant,

2 | **DANIEL JIMENEZ,**
a.k.a. "Guero,"

3 |

4 | did knowingly possess a firearm, namely, a Ruger P89 handgun bearing serial no. 309-24676, in

5 | furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to

6 | wit, the conspiracy to possess with the intent to distribute and to distribute the controlled substances

7 | charged in Count One of this Indictment, all in violation of Title 18, United States Code, Section 924(c).

8 |

9 | COUNT THREE:      (18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking

10 | Crime)

11 |     3.      On or about October 13, 2015, in the Northern District of California and elsewhere, the

12 | defendant,

13 | **MANUEL LARA ANDRADE,**
a.k.a. Juan Cuevas-Chavez,

14 | a.k.a. Juan Gamino-Buenrostro,
a.k.a. "Tomas,"

15 | a.k.a. "Viejo,"
a.k.a. "Viejito,"

16 | a.k.a. "Grandpa,"

17 | did knowingly possess one or more firearms, namely, a Ruger P89 9mm pistol bearing serial no. 304-

18 | 16421; a Glock 26 9mm pistol bearing Serial No. LPF146; an AK-47 assault rifle bearing serial no.

19 | M5020449; a Remington 30-06 742 rifle Woodmaster rifle with a scope bearing serial no. 7054684; and

20 | a Marlin .22 Glenfield Model 60 rifle bearing serial no. 18377705, in furtherance of a drug trafficking

21 | crime for which he may be prosecuted in a court of the United States, to wit, the conspiracy to possess

22 | with the intent to distribute and to distribute the controlled substances charged in Count One of this

23 | Indictment, all in violation of Title 18, United States Code, Section 924(c).

24 |

25 | COUNT FOUR:      (18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking

26 | Crime)

27 |     4.      On or about October 13, 2015, in the Northern District of California and elsewhere, the

28 |

INDICTMENT

4

1 defendant,

2                          MANUEL GONZALEZ CHAVEZ,
                                a.k.a. Manuel Rodriguez Cobian,
3                                   a.k.a. Manuel  Cobian,
                                a.k.a. Roberto Gonzalez Cobian,
4                                a.k.a. Manuel Cobian Gonzalez,
                                a.k.a. Roberto Cobian Gonzalez,
5                                  a.k.a. Juan Alberto Nieto,
                                a.k.a. Roberto Cobian Gonzalez,

6

7 did knowingly possess a firearm, namely, a Taurus .40 caliber PT 100 AFS pistol bearing serial no.

8 SCN82998, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

9 United States, to wit, the conspiracy to possess with the intent to distribute and to distribute the

10 controlled substances charged in Count One of this Indictment, all in violation of Title 18, United States

11 Code, Section 924(c).

12

13 COUNT FIVE:          (18 U.S.C. § 924(c) – Possession of Firearm in Furtherance of Drug Trafficking
                          Crime)
14

15       5.       On or about November 13, 2015, in the Northern District of California and elsewhere, the

16 defendant,

17                          ISMAEL MENDOZA RODRIGUEZ,
                                    a.k.a. "Michael,"
18                              a.k.a. Jesus Sebastian Rivas,

19 did knowingly possess firearms, namely, a .22 caliber semi-automatic Llama Especial pistol bearing

20 serial no. 327200; a Mossberg Model 88 12-guage shotgun with an obliterated serial number; and a .30

21 caliber bolt-action rifle of unknown make bearing serial no. 3184, in furtherance of a drug trafficking

22 crime for which he may be prosecuted in a court of the United States, to wit, the conspiracy to possess

23 with the intent to distribute and to distribute the controlled substances charged in Count One of this

24 Indictment, all in violation of Title 18, United States Code, Section 924(c).

25

26 COUNTS SIX THROUGH SIXTY-ONE:        (18 U.S.C. § 1956(a)(1)(B)(i) – Laundering of Monetary

27 Instruments)

28

INDICTMENT

5

6.      On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

**CARLOS OLIVARES HERNANDEZ,**
a.k.a. Carlos Olivares Contreras,
a.k.a. "Carlitos,"
a.k.a. "Green Eyes,"

did knowingly and willfully conduct the following financial transactions, which involved the proceeds of specified unlawful activities, that is, the conspiracy to possess with the intent to distribute and to distribute controlled substances in violation of 21 U.S.C. § 846, as alleged in Count One of this Indictment, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, which transactions involved repeated pay-outs of gambling winnings obtained through by gambling with proceeds derived from drug trafficking at the following casinos:

| COUNT | CASINO | APPROXIMATE DATE OF CASH PAY-OUT FROM CASINO | AMOUNT OF PAY-OUT FROM CASINO |
|---|---|---|---|
| 6 | Table Mountain Casino | 6/18/2015 | $ 1,340.00 |
| 7 | Table Mountain Casino | 6/18/2015 | $ 1,500.00 |
| 8 | Table Mountain Casino | 6/18/2015 | $ 1,425.00 |
| 9 | Table Mountain Casino | 6/18/2015 | $ 1,300.00 |
| 10 | Table Mountain Casino | 6/24/2015 | $ 2,000.00 |
| 11 | Table Mountain Casino | 6/24/2015 | $ 3,087.00 |
| 12 | Table Mountain Casino | 6/24/2015 | $ 1,350.00 |
| 13 | Table Mountain Casino | 6/25/2015 | $ 4,220.00 |
| 14 | Table Mountain Casino | 6/28/2015 | $ 1,400.00 |
| 15 | Table Mountain Casino | 6/28/2015 | $ 1,316.00 |
| 16 | Table Mountain Casino | 7/5/2015 | $ 1,872.00 |
| 17 | Table Mountain Casino | 7/5/2015 | $ 2,000.00 |
| 18 | Table Mountain Casino | 7/5/2015 | $ 1,385.00 |
| 19 | Table Mountain Casino | 7/9/2015 | $ 2,000.00 |
| 20 | Table Mountain Casino | 7/9/2015 | $ 2,400.00 |

INDICTMENT

| 21 | Table Mountain Casino | 7/9/2015 | $ | 1,364.00 |
|----|----------------------|----------|---|----------|
| 22 | Table Mountain Casino | 7/9/2015 | $ | 1,200.00 |
| 23 | Table Mountain Casino | 7/9/2015 | $ | 2,050.00 |
| 24 | Table Mountain Casino | 7/11/2015 | $ | 2,020.00 |
| 25 | Table Mountain Casino | 7/11/2015 | $ | 1,275.00 |
| 26 | Table Mountain Casino | 7/20/2015 | $ | 4,000.00 |
| 27 | Table Mountain Casino | 7/24/2015 | $ | 2,062.00 |
| 28 | Thunder Valley Casino | 7/30/2015 | $ | 1,336.00 |
| 29 | Thunder Valley Casino | 7/30/2015 | $ | 2,200.00 |
| 30 | Table Mountain Casino | 8/2/2015 | $ | 10,000.00 |
| 31 | Table Mountain Casino | 8/6/2015 | $ | 2,250.00 |
| 32 | Table Mountain Casino | 8/11/2015 | $ | 1,200.00 |
| 33 | Table Mountain Casino | 8/11/2015 | $ | 2,445.00 |
| 34 | Table Mountain Casino | 8/22/2015 | $ | 1,200.00 |
| 35 | Table Mountain Casino | 8/22/2015 | $ | 2,004.00 |
| 36 | Table Mountain Casino | 8/25/2015 | $ | 2,200.00 |
| 37 | Table Mountain Casino | 8/25/2015 | $ | 4,116.00 |
| 38 | Table Mountain Casino | 8/25/2015 | $ | 1,600.00 |
| 39 | Table Mountain Casino | 8/25/2015 | $ | 1,560.00 |
| 40 | Table Mountain Casino | 8/28/2015 | $ | 1,500.00 |
| 41 | Table Mountain Casino | 8/28/2015 | $ | 2,600.00 |
| 42 | Table Mountain Casino | 8/28/2015 | $ | 1,812.00 |
| 43 | Table Mountain Casino | 8/28/2015 | $ | 2,204.00 |
| 44 | Table Mountain Casino | 8/28/2015 | $ | 2,000.00 |
| 45 | Table Mountain Casino | 8/28/2015 | $ | 2,000.00 |
| 46 | Table Mountain Casino | 8/31/2015 | $ | 1,556.25 |
| 47 | Table Mountain Casino | 9/2/2015 | $ | 2,400.00 |
| 48 | Table Mountain Casino | 9/2/2015 | $ | 10,000.00 |
| 49 | Chicken Ranch Casino | 9/9/2015 | $ | 4,130.00 |
| 50 | Chicken Ranch Casino | 9/9/2015 | $ | 6,366.00 |
| 51 | Table Mountain Casino | 9/10/2015 | $ | 1,250.00 |
| 52 | Table Mountain Casino | 9/17/2015 | $ | 1,200.00 |
| 53 | Table Mountain Casino | 9/17/2015 | $ | 2,000.00 |
| 54 | Table Mountain Casino | 9/24/2015 | $ | 1,250.00 |
| 55 | Table Mountain Casino | 9/24/2015 | $ | 1,800.00 |

INDICTMENT

| 56 | Table Mountain Casino | 9/28/2015 | $ | 10,000.00 |
| 57 | Table Mountain Casino | 9/28/2015 | $ | 1,266.00 |
| 58 | Table Mountain Casino | 9/30/2015 | $ | 3,375.00 |
| 59 | Table Mountain Casino | 9/30/2015 | $ | 2,020.00 |
| 60 | Table Mountain Casino | 10/6/2015 | $ | 1,300.00 |
| 61 | Table Mountain Casino | 10/6/2015 | $ | 1,500.00 |
| | | **TOTAL:** | $ | 138,206.25 |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i):

FORFEITURE ALLEGATION:  (18 U.S.C. § 924(d), 18 U.S.C. § 981(a)(1), 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and 26 U.S.C. § 2461(c))

7.    The factual allegations contained in Counts One through Sixty-One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture set forth below.

8.    Upon a conviction of the offenses alleged in Count One, the defendants,

CARLOS OLIVARES HERNANDEZ,
a.k.a. Carlos Olivares Contreras,
a.k.a. "Carlitos,"
a.k.a. "Green Eyes,"
MANUEL GONZALEZ CHAVEZ,
a.k.a. Manuel Rodriguez Cobian,
a.k.a. Manuel Cobian,
a.k.a. Roberto Gonzalez Cobian,
a.k.a. Manuel Cobian Gonzalez,
a.k.a. Roberto Cobian Gonzalez,
a.k.a. Juan Alberto Nieto,
a.k.a. Roberto Cobian Gonzalez,
DANIEL JIMENEZ,
a.k.a. "Guero,"
MANUEL LARA ANDRADE,
a.k.a. Juan Cuevas-Chavez,
a.k.a. Juan Gamino-Buenrostro,
a.k.a. "Tomas,"
a.k.a. "Viejo,"
a.k.a. "Viejito,"
a.k.a. "Grandpa,"
GABRIEL ESTRADA,
a.k.a. Gabriel Debora Estrada,
a.k.a. "Gordo,"
VANESSA VALDEZ,
RUBEN FRANCO LOPEZ,
a.k.a. "El Macano,"

a.k.a. Jose Lopez,
a.k.a. Ruben France Lopez,
CARLOS MARTINEZ JR.,
a.k.a. "the Nephew,"
MICHAEL ANTHONY SHERMAN SR.,
a.k.a. Carlton Mcwoodsom,
a.k.a. Carlton Mcwoodson,
ISMAEL MENDOZA RODRIGUEZ,
a.k.a. "Michael,"
a.k.a. Jesus Sebastian Rivas,
ELIAS DOMINGUEZ,
a.k.a. "Balazo,"
JESUS GUADELUPE ROJAS,
a.k.a. "Lupe,"
a.k.a. Jesus Guadalupe Rojas   Valenzuela,
a.k.a. Monique Vana Camargo, AND
JOSE ARMANDO MENDOZA LINARES,
a.k.a. "Gordo,"

shall, pursuant to 21 U.S.C. § 853(a), forfeit to the United States all right, title, and interest in property

constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of said

violations, and any property used, or intended to be used, in any manner or part, to commit or to

facilitate the commission of the said violations.  The property to be forfeited includes, but is not limited

to, the following seized items:

a.    $1, 302,503 in U.S. currency;

b.    Real property and improvements at 12179 Lombardy Avenue, Ballico, California, further identified as APN 041-191-001;

c.    Ruger P89 9mm Pistol, S/N 304-16421;

d.    Glock 26 Pistol 9mm, S/N LPF146;

e.    AK-47 Rifle, S/N M5020449;

f.    Remington 30-06, 742 Woodmaster Rifle with scope, S/N 7054684;

g.    Marlin .22 Rifle Glenfield Model 60, S/N 18377705;

h.    Marlin .22 60W Rifle, S/N 06203921;

i.    Ruger P89 Handgun, S/N 309-24676;

j.    Taurus .40 cal PT 100 AFS Pistol, S/N SCN82998;

k.    Taurus PT 111 Pro 9mm pistol, S/N TCV93005;

l.    Sears Roebuck 20 Gauge Shotgun;

INDICTMENT

1    m.    Llama Especial .22 caliber pistol bearing serial no. 327200;

2    n.    Mossberg Model 88 12-gauge shotgun with an obliterated serial number;

3    o.    .30 caliber bolt-action rifle of unknown make, bearing serial no. 3184;

4    p.    2006 BMW 325I, CLP 5SNX394;

5    q.    2010 Nissan Versa, CLP 7LFR679; and

6    r.    2005 Chevrolet Equinox, CLP 6RRD027.

7    9.    Upon a conviction of the offenses alleged in Counts Two, Three, Four, and Five, the

8 defendants,

9                        DANIEL JIMENEZ,
                         a.k.a. "Guero,"
10                   MANUEL LARA ANDRADE,
                     a.k.a. Juan Cuevas-Chavez,
11                  a.k.a. Juan Gamino-Buenrostro,
                         a.k.a. "Tomas,"
12                       a.k.a. "Viejo,"
                         a.k.a. "Viejito,"
13                      a.k.a. Grandpa,
                  MANUEL GONZALEZ CHAVEZ,
14             a.k.a. Manuel Rodriguez Cobian,
                   a.k.a. Manuel  Cobian,
15            a.k.a. Roberto Gonzalez  Cobian,
                  a.k.a. Manuel Cobian Gonzalez,
16            a.k.a. Roberto Cobian Gonzalez,
                   a.k.a. Juan Alberto  Nieto,
17            a.k.a. Roberto Cobian Gonzalez,
                ISMAEL MENDOZA RODRIGUEZ,
18                      a.k.a. "Michael,"
                   a.k.a. Jesus Sebastian Rivas,

19

20 shall, pursuant to 18 U.S.C. § 924(d), forfeit to the United States any firearm or ammunition involved in

21 or used in any knowing violation of said offense.  The property to be forfeited includes, but is not

22 limited to, the following seized items:

23    a.    Ruger P89 9mm Pistol, S/N 304-16421;

24    b.    Glock 26 Pistol 9mm, S/N LPF146;

25    c.    AK-47 Rifle, S/N M5020449;

26    d.    Remington 30-06, 742 Woodmaster Rifle with scope, S/N 7054684;

27    e.    Marlin .22 Rifle Glenfield Model 60, S/N 18377705;

28

INDICTMENT                              10

f.      Ruger P89 Handgun, S/N 309-24676;

g.      Taurus .40 cal PT 100 AFS Pistol, S/N SCN82998;

h.      Llama Especial .22 caliber pistol bearing serial no. 327200;

i.      Mossberg Model 88 12-gauge shotgun with an obliterated serial number; and

j.      .30 caliber bolt-action rifle of unknown make, bearing serial no. 3184.

10.      Upon a conviction of the offenses alleged in Count Six through Sixty-One, the defendants,

CARLOS OLIVARES HERNANDEZ,
a.k.a. Carlos Olivares Contreras,
a.k.a. "Carlitos,"
a.k.a. "Green Eyes,"

shall, pursuant to 18 U.S.C. § 981(a)(1),18 U.S.C. § 982(a)(1), and 26 U.S.C. § 2461(c), forfeit to the United States any property, real and personal, involved in said violations, and any property traceable to such property.  The property to be forfeited includes, but is not limited to:

a.      $138,206.25 in U.S. currency.

11.        If, as a result of any act or omission of the defendants, any of said property

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendants have in any other property (not to exceed the value of the above forfeitable property) shall be vested in the United States and forfeited to the United States.

///

///

///

///

INDICTMENT

1    All in violation of 18 U.S.C. § 924(d), 18 U.S.C. § 981(a)(1), 18 U.S.C. § 982(a)(1), 21 U.S.C.

2 § 853, and 26 U.S.C. § 2461(c), and pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3

4 DATED:   11/19/15                                        A TRUE BILL.

5

6                                                                      _____
                                                                        FOREPERSON

7 BRIAN J. STRETCH
   Acting United States Attorney
8

9

10 DAVID R. CALLAWAY   FOR
    Criminal Chief, Criminal Division

11

12 (Approved as to form:                                            )
                          KATIE BURROUGHS MEDEARIS
13                        Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

12